JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, | Case No. CV 21-2275 FMO (ASx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BURBANK SOUNDS, INC., et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 22nd day of February, 2022.

/s/
Fernando M. Olguin
United States District Judge